UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REGIONS BANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:23-cv-00966-MTS |
| ) | |
| DNA SERVERS, INC., *doing business as* ) | |
| ORANGE COMPUTERS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on review of the file. The Court previously alerted Plaintiff that its Complaint failed to establish the Court's subject matter jurisdiction. *See* Doc. [33]; *see also Hertz Corp. v. Friend*, 559 U.S. 77, 94 (2010) ("Courts have an independent obligation to determine whether subject-matter jurisdiction exists, even when no party challenges it."). For purposes of diversity jurisdiction, a corporation is a citizen of every state where it is incorporated and the state where it has its principal place of business. *Great River Ent., LLC v. Zurich Am. Ins. Co.*, 81 F.4th 1261, 1263 (8th Cir. 2023) (citing 28 U.S.C. § 1332(c)). Plaintiff's allegations regarding itself and regarding Defendant DNA Servers, Inc. do not provide that information. *See* Doc. [1] ¶¶ 1, 2. Thus, Plaintiff has failed to establish the Court's subject matter jurisdiction over this action.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff must establish this Court's subject matter jurisdiction no later than **Monday, January 22, 2024**. Failure to do so will result in the dismissal of this action without prejudice for want of jurisdiction.

Dated this 17th day of January 2024.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE